IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ALPHONSO JAMES, SR,

    Plaintiff,

v.                                  CASE NO. 1:07-cv-00152-MP-AK

JAMES CROSBY, JR,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 17, which recommends dismissing Mr. James' complaint as frivolous. The Plaintiff has filed objections, doc. 18, which the Court has reviewed. The Court agrees with the Magistrate Judge that the claims of the Plaintiff in the Complaint, the argument's in Plaintiff's "Motion for Relief from Void Judgment" (Doc. 15) and in his objections (Doc. 19) are frivolous and incomprehensible. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The motion for relief from void judgment (doc. 15) is denied. This action is dismissed with prejudice as frivolous under 28 U.S.C. §1915(e)(2)(B)(I), and the clerk is directed to close the file.

**DONE AND ORDERED** this *7th* day of March, 2008

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge